UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 16 2013

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Angela Davenport
Plaintiff

vs.

ApolloMD / Independent Physician Group
Defendant

TWT

1:13-CV-2358

TITLE VII COMPLAINT

1. Plaintiff resides at 1144 Cool Springs Dr. NW Kennesaw, Ga 30144

2. Defendant(s) names(s) ApolloMD / Independent Physician Group

Location of principal office(s) of the named defendant(s) 5665 N. Northside Dr. Ste. 320 Atlanta, GA

Nature of defendant(s) business Physician Group

Approximate number of individuals employed by defendant(s) 150-500

*Note: This is a form complaint provided by the Court for pro se litigants who wish to file an employment discrimination lawsuit. It is not intended to be used for other kinds of cases.

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the court by 42 U.S.C. § 2000e-5. Equitable and other relief are also brought under 42 U.S.C. §e-5(g).

1. The acts complained of this suit concern:

    A. _____ Failure to employ me.
    B. _____ Termination of my employment.
    C. _____ Failure to promote me.
    D. __X__ Other (Specifiy) _Sexual harassment occured and defendant failed to address it initially or protect plaintiff from it. Defendant also retaliated against me once I complained._

5. Plaintiff:

    A. _____ presently employed by the defendant.
    B. __X__ not presently employed by the defendant. The dates of plaintiff's employment were _03/22/2010_ - _3/21/2012_. The reasons plaintiff was given for termination of employment is/are:
    (1) _____ plaintiff was discharged.
    (2) _____ plaintiff was laid off.
    (3) __X__ plaintiff left the job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

    A. _____ my race
    B. _____ my religion.
    C. __X__ my sex.
    D. _____ my national origin.
    E. __X__ Other (specify) _Because I went to HR and complained about being sexually harassed._

-2-

7. The name(s), race, sex and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is/are:

1.) Quentin Stinson, approximately 36 years old, Financial Credentialer (male, Black)
2.) Kim Larson - White Female, Dept. Manager
3. Lisa Murray - White Female, Dept. Director

8. Describe the discriminatory actions or events you are complaining of in this lawsuit. Give factual detail, including names and dates concerning what happened. You do not need to refer to any statutes or cite law.

While employed by ApolloMD/Indepent Physician Group I was sexually harassed & retaliated against when I complained.

Please see the attached detailed description

I was hired and after 7 months was moved into a new role. I was sexually harassed by a coworker, filed a complaint with supervisor and it was ignored. I later filed a complaint with the HR department and shortly after I was moved back into the previous position and advised that my job was on the line even though I had not been given prior warning that this was an issue. I was the only person who was moved without being asked or asking to move. I was not offered any training to improve my job performance if there was an issue even though I had successfully performed in this role for almost a year in a half without incident. I honestly feel that I was penalized because I complained.

I began working for ApolloMD in their Credentialing Department as a Financial Credentialing Specialist on March 22, 2010 under Lisa Murray, the Credentialing Director. Lisa was my immediate supervisor. On or around October 20, 2010, another employee who functioned as the company's physician licensing specialist was terminated. I was asked if I would be interested in the job by the department manager, Kim Larson and I said yes. The director offered the role to everyone in the department so that the employees who were department veterans had the first chance to move into the role if they were interested, as I was the last person hired in the department. No one else wanted the role and so I was moved into the physician licensing role.

I had no experience in physician licensing. The only exposure that I had to the physician licensing process was gained by assisting the employee that previously functioned in this role. She and I sat in the same room when she was employed in this role and I would often assist her by reviewing and interpreting some of the information or by helping her to obtain certain information relevant to this role. This information included obtaining contact information for medical schools, medical training programs, hospitals, etc relevant to getting a specific physician licensed. In the time that I worked in this role I managed to get over 40 licenses in this role. From October 2010 to sometime between April 2011 and June 2011, I functioned as the physician licensing specialist while working as the financial credentialing specialist, helping one co-worker and actually performing the role of another until they hired an additional employee to function as the financial credentialing specialist. Eventually she added a person to work part-time (Terri Seals) and a then an additional full time person (Paula Weathers) to help me in physician licensing. The part time person started in March or April 2011 and the full time person in mid January 2012. I will discuss this further at another point in this explanation.

While working in this role I was sexually harassed by Quentin Stinson, a co-worker, starting in or around late August 2011. He would say things that included "Angela, nice stripper shoes" or "Angela, today you are dressed like the office whore." There was once instance where he called my desk and asked to me come over to his desk to look at something. This was not uncommon, since he was working in a role that I previously held and he would do this if he had a question about something (work related) that I may have previously worked on. In this instance, I walked over to his desk to see my previous home on the computer screen. I said "what is that" while trying to remain calm, as I already knew what it was. He then clicks the mouse and pulls up my current home and he says "I know that this is your house because that is your husband's truck". On the screen appeared my current house with my husband's truck on the screen. He knew what my husband drove because my husband had come to my job in his truck to pick me up on multiple instances. Quentin advised that he used the webpage Spokeo to look up information about me because he had heard other people in the department talk about the web address. I said please do not look up anything related to me on the internet and anywhere else. This made me uncomfortable. I repeatedly asked this individual to stop harassing me and at one point I made this request in front of

another co-worker, Keisha East and Quentin at that time admitted saying these things to me. He said that his wife told him that he should not be saying some of these things to me, as they were inappropriate, but he continued to say these things. I even emailed Quentin and requested that he stop saying these things to me. It didn't stop. I spoke with my immediate supervisor, Lisa Murray, the department director, even providing emailed proof of me asking the offender to stop, on 10/13/2011 and him replying to me stating that he thought that I needed to loosen up and that I should be more like Keisha East, another co-worker of ours. When I showed this to my supervisor, Lisa Murray, she advised that maybe he (Quentin-the offender) had a crush on me. She further advised that if she were my size and had my shape that she would be happy be. I told her that I wanted the harassment to stop. She said well what do you want me to do? I said I want it to stop. I am not saying fire anyone, but Lisa, I should be able to come to work and not be harassed. As we continued to speak she indicated that she did not see him as the type that would do this. I was in tears at this point. She said that she would have to change the tone in the department because she felt that she had made it too comfortable and that people may have felt that this type of behavior was acceptable because she was guilty of it as well. I walked away thinking that this would change.

**On that same afternoon I was advised that I was receiving a $3000 increase in my pay.** I had met with my COO, Roger Murray, (no relation to Lisa Murray, from my understanding) previously regarding a raise, there was no review, I needed to e able to convince him that I deserved a raise. He was angry about something else and so my meeting did not go well. I was told that he would get with my supervisor and let me know. This meeting had taken place about 2 months prior to this date and I had not heard anything about it since that date, but coincidently, Lisa Murray asked to speak with me in the hall outside of my office on October 13, 2011 at 3:30 and she advised me that I was getting a $3000 raise. I was advised that it had been approved by Roger Murray, the COO on that same day (10/13/2011) and that it was being forwarded to Chris Krubert, the company President, for his signature. She further advised that the paperwork was currently pending Chris Krubert's signature, but upon him signing off on the increase that the increase would be effective November 1, 2011 and that the increase would not start to appear until my December 1, 2010 check. This would increase my salary from $35,000 to $38,000. Absolutely nothing had changed about the way that I performed my job or the functions that I was responsible for. I was not expecting this and I was quite surprised when told of this, especially when I knew that I had spoken with Lisa Murray that same morning about the harassment and she did not indicate that this was going to take place. Honestly, I felt a little uncomfortable about the raise because it felt like I only received it because I had spoken about the harassment earlier that day.

I thought that there would be changes but even after this point there were instances where we had a male intern in the department and he and the director would freely discuss him getting girls at his college drunk and having sex with them. At the department Thanksgivings dinner the director and several other employees freely discussed sex with a MILF. They then explained what a MILF was to employees who did not know what it was. There were other instances where department employees were walking around with a picture of someone's penis on a cell phone and showing it to people. They skipped me because they knew that I was not interested in seeing it. There were instances where the director advised us that she was going home to watch a movie called *The One Eyed Monster*. I tried to ignore the comments as I knew what this refereed to. Then on Monday she came back to work and described the movie and the star of the movie which the director described as a possessed penis from another planet. I was uncomfortable and did not engage in the conversation by choice, but this is just an example of the environment that I was

forced to work in. It is hard to expect everyone else to behave in a certain manner when you have leadership that makes it not only acceptable, but completely appropriate to behave in this manner. After my talk with Lisa on October 13, 2011, I honestly thought that the environment would change and that she would reinforce an environment that limited this type of behavior, but instead of this it was a free for all to discuss whatever you wanted to, whenever you wanted to, with whomever you wanted to and however you wanted to. I was not seeking to censor anyone but I was hoping that I could go to work and there be some limits on this type of behavior.

The harassment did not stop. The offender advised me that he needed to do this when no one else was present, which he did because to quote him, "It would be my word against his". The offender began to say stuff when no one was present. My desk was located in a small office in the front of my department and everyone had to pass through my office in order to enter and exit our department and he would say stuff as he passed through my office if I was alone. I went to HR in late January or February 2012 (I am not sure of the exact date at this point). I met with Thea Dillinger, the HR Director. I provided copies of the emails that were exchanged between Quentin and me to her and I told her that I was still being harassed. I told her that I had spoken with my supervisor but the harassment was continuing. She asked why I didn't come to her and I told her that I thought that once I talked to Lisa that not only would it stop but that she would file it in HR. I thought that I was putting it on record by going to my supervisor. Thea advised that had I come to HR when I initially got the email that I would not have had a problem but since I did not have any evidence that it was still happening that there was nothing that she could do but speak to Quentin. She did advise that she knew that he had received training on sexual harassment in the workplace via a video that had been previously shown to him when he worked in another department. She advised that she would speak with Quentin the next day. The next day Thea asked to meet with me and at that time she advised me that she did speak with Quentin and that he denied doing anything and that he and I needed to keep some distance between us for a while. She did not discuss whether or not she had spoke to him about the emails that I had given to her. I could not believe what I was hearing. I did not have to interact with Quentin so I made sure to stay completely away from him. I kept my headphones on when possible and I chose to never raise my head up to see who entered or exited the door in an attempt to avoid eye contact with him.

At some point during February, after I met with the HR Director, my office mate, the part time licensing specialist, Terri Seals, were in our office. Terri and I had shared an office since the middle of 2011. I was bent over getting files out of a file cabinet located in my office. **The manager, Kim Larson, was passing through the office and as she passed she "whacked" me hard on my derriere.** This was not just a brush up against me as she passed by me. This whack hurt and my bottom stung for a while after that. I stood up and asked her did she just whack me on my butt and she said "Yes" it was so big and it was right there in my face, I had to do it. Terri then asked her "Did you just hit her on her butt?" Kim laughed again and said "Yes, Her big ole butt was right there in my face". I was stunned. I said "Kim that is not acceptable." She then laughed and said what you are going to do, run to HR. She then said something to Terri but I was just dazed, I could not believe that management was comfortable doing this to me, especially after everything that had taken place prior to this incident. I felt violated and humiliated and I felt helpless. I did not go to HR because at this point I felt like I was being targeted because the exchanges between my supervisor and I had become strained and I felt like I just needed to find another job as soon as possible or this is the type of treatment that would continue to take place. Lisa was short and stern when she spoke with me regarding anything and as a result I really tried to avoid interacting

*3*

with her if I could. I also feared that I would be retaliated against. I had previously gone to HR and I had been basically told just to stay away from Quentin even though I had proof that he sexually harassed me. I also felt like Kim's joke about going to HR was to taunt me because as part of management, I felt that she was aware that I had gone to HR about Quentin. I felt completely helpless. I spent my evenings and weekends at home sending my resume out and completing job applications in the hopes of getting a job, any job, in order to get away from this environment. This manager had been with the company for approximately 7 years and had formed relationships with members of Executive Management and I honestly felt that I would be making myself a bigger target if I did anything short of leaving the company. I could not afford to quit but I was definitely seeking other employment at every opportunity that I could from applying online to networking. This job was stressing me out. There were mornings where I sat in the parking lot and cried because I felt helpless. My husband dropped me off at work one morning while he repaired my car and I could not even get out of the car I was crying so hard. He asked if I wanted him to go in the office ad address some of these issues, but I told him "No" I just needed to find another job soon. This was starting to affect my marriage and my home life. I rarely moved from my desk and I sat there fearing that I would be retaliated against. I had been told by HR that I would not, but I felt like things had changed after this all was brought to the HR department.

At some point in February 2012, another employee left the company, vacating a financial credentialer position. At that time, Paula Weathers, the other full time physician licensing specialist advised that the role was not what she thought that it would be and that she had asked to move back to financial credentialing the financial credentialing position that had opened up. Our department interviewed three people to fill the other full time physician licensing specialist position that Paula Weathers was vacating when she transitioned to the financial credentialer role that needed to be filled. One of the individuals that interviewed for the physician licensing position was offered the job. She was scheduled to start on March 19, 2012. It was determined that Paula would hand over her active provider licensing files to the newly hired physician licensing specialist and then going forward I would work with part-time physician licensing specialist, Terry Seals and the newly hired physician licensing specialist, Charlene.

During the week of March 12, 2012 at some time the director met with the financial credentialers and physician licensers to advise us that the culture of the company was changing. On either Tuesday, March 13, 2012 or Wednesday, March 14, 2012 the director had a meeting with my department to advise us that Quentin was terminated from the company for costing the company 3.5 million dollars in revenue. She advised that she would be interviewing and hiring for his position.

**On Friday, March 16, 2012, my director, Lisa Murray came to me and asked to speak with me a minute. She took me to the conference room and advised that my job was on the line and that in order to keep it I needed to be moved into Quentin's old position, the financial credentialing job that I initially held when I was hired in March of 2010.** I was caught off guard. She advised that I was taking too long to get my job done. She further advised that this change was effective starting Monday, March 19, 2012. My director advised that she was hiring the other applicant that had been interviewed because she was experienced. I was speechless as I had not been given a warning that there was a problem with my work ethic. I had been working as hard as possible to get my job done but had met obstacles because Paula was not full time even when she was fulltime, as she was helping the financial credentialers and I needed to pick up the slack when she could not get priority items completed. This was not my work though, this was Paula's so I was not sure why I was being moved back into a role that I had asked to

4

move out of over a year earlier. Paula had been given the option to move from physician licensing to financial credentialing. I had been advised that I did not have an option.

Weeks prior to this happening I had interviewed with a governmental payor organization and TRC (a staffing placement company). TRC interviewed me to work at a large medical group practice for a physician licensing specialist position, the role that I had performed at ApolloMD. The representatives at the large medical group practice were impressed with me after the first interview and were requesting that TRC schedule a follow up interview for me to meet with several of their Vice Presidents on March 19, 2012. When I got back from lunch I emailed Lisa and requested Monday, March 19, 2012 and Tuesday, March 20, 2012 off. Tuesday I planned to take care of some person things. I was told that I could take Monday off and half a day Tuesday because I needed to come in and train my replacement on Tuesday. I went to my interview on Monday and I was told that they were interested and that I would be hearing something soon. I had advised the TRC reps and the large group practice reps that I would like to give ApolloMD two weeks notice if they offered me the position with their organization but that the company had a history of releasing the employees if they turned in their notice to quit so if they let me go early that I would be able to start sooner than the two weeks. I did not finish all of the items that I was working on Tuesday and so at 12:00 I contacted Lisa and I advised her that I would not be coming in on Tuesday afternoon, but that I would be in on Wednesday, March 21, 2012.

When I returned to work on Wednesday, March 21, 2012, I arrived at 9:15. I went in and started replying to emails and voicemails. Lisa came to me and advised me that I needed to train the new girl that was hired to replace me this morning and then I needed to meet with her (Lisa) because Quentin had approximately 7-9 paper or bankers boxes of files that he had not been accurately completing. The files were not in any order and they had just been put into those boxes and brought into my office. Lisa then told me that there was an urgent meeting that was scheduled by the Chief Financial Officer, Dave Ashfar and that I needed to go through all of Quentin's providers (Approximately 200 or more) to see what I needed to do to get the provider credentialed and to have a number assigned to each provider that was in question and that I needed to be able to provide answers on all of the applications that were outstanding. This was at 10:30 which meant that in less than 24 hours I would have to provide information that others would have been given weeks, and in some instances a month, to prepare and provide answers for. I felt deflated. I felt like I was being set up to fail again. I felt weak and I got sick to my stomach. Immediately after Lisa returned to her desk I noticed that I had received a voicemail on my cell phone. I went outside and checked the voicemail. It was the representative from TRC staffing and she wanted me to call her back. I returned her call and she advised that I had been offered the job. I advised that I would accept the job and that I would be turning in my notice immediately. I would be available two weeks from Wednesday, March 21, 2012. When I returned to my desk I opened my email and saw that I had been bombarded with emails from Lisa that had sat in Quentin's inbox without being resolved and she was ~~not~~ now stating that I needed to get immediate answers for these inquiries. Lisa also advised me that I needed to keep my daily worksheet current and update because it would be reviewed by the CFO and the COO. This was important and she understood that I had not done this as frequently when I was in this role over a year ago, but I needed to keep it current now. I reminded Lisa that I was doing the work at the time at that I had my own method for keeping up, since that was optional at the time. I also advised that I was performing three jobs at that time. She said she knows that and that at this time I did not have an excuse as to why I was not keeping this worksheet updated. *This was day one in this role.* Lisa's tone, when she interacted with me, had really begun to change since the HR Director had spoken with her about the harassment complaints. She

5

seemed irritated when she had to deal with me. I had previously limited my interactions with her as well. I called the new hire over to go over the active provider license files that I had. I gave the individual what she needed. I then resolved some outstanding items for some of my doctors that I knew had been problematic as I did not want them to fall through the crack.

I packed up my personal belongings and at this time I began to write my letter of resignation. I wrote the letter stating that my resignation was effective immediately. I printed three letters. One letter was for Lisa Murray. One letter was for Thea Dellinger, HR Director. The final letter was a copy for me. At 12:30 I went to the front desk and left a copy of the letter in a sealed envelope for Thea Dellinger with the receptionist. I had been advised that the HR reps were downstairs at a company sponsored Health Fair. I did not feel that it was appropriate to take this letter downstairs so I left it with the receptionist. I am not sure but I think that the main receptionist was at lunch as she was not at the front desk when I dropped off the letter for HR. This is relevant because it speaks to the fact that I left later than the supervisor suggests. I immediately went back to my desk and I got the second letter and I walked over to my supervisor and I tried to hand it to her along with my front door key, the key to the file cabinet and my badge to enter the building after hours and on weekends. My intention was to hand her the letter and the other items and then leave the building. I advised her that my resignation was effective immediately and that I could not do this anymore. She initially thought that I was kidding and asked me was I joking. I told her "No". She asked was I giving her two weeks and I told her again, No this was effective immediately. She told me that I had to give her two weeks. I told her "No" I could not do that. She began to start yelling at me that I owed her two weeks and that I was being unprofessional. She then advised me that if I did this that she would never give me a reference. I replied that I understood. She still would not take the items from me. She continued to get louder and eventually began to yell at me in front of the other employees and she advised that she was not happy, in fact that she was angry at this moment. Lisa still would not take the items from my hand even after I had repeatedly moved them towards her. I said "Lisa, I understand what you are saying, but I am not going to argue with you about this. My resignation is effectively immediately." At this point, I placed the items that I held in my hand on her desk. She began to move towards me stating that "since I was doing this that she needed me to leave immediately." I explained that "that was fine" and "that my purse and bag were on my desk and chair and I just needed to pick them up and walk out." I remained calm the entire time even though she continued to yell at me. She rose from her desk and followed me to my office. I picked up my purse and bag from my desk and chair. She stood there and watched as I walked out of the door.

After I left I met my coworker for lunch at Cumberland Mall. We had previously planned to go together, which we did frequently and had agreed to do today, prior to me knowing that that day was my last day. At this time I explained that I needed to leave the company premises immediately because I did not want problems because I was in the parking lot waiting on her. She advised that Lisa immediately held a short meeting advising the remaining employees that I quit and that she was not giving me a reference and that if any of them did that they better hope that she never finds out about it or they would have problems. I do not even feel that I should continue to list this job on my resume or any job application going forward, as I am concerned about what might be said if a potential employer ever calls to verify my employment history. I have heard her give feedback when other employees that she was unhappy with listed this job. She was very harsh and gave information relative to previous employees that went beyond the from and through dates of the employment. I have heard her have exchanges with a previous employee's landlord at which time she discussed an unverified drug addiction, the previous employee's relationships, etc. So I

fear listing this job on my resume. I have a job now, but I am working very hard on completing my Doctorate in Business Psychology. Eventually, I will want to transition into my field and focus on training and development in a corporate setting. I fear that this job may be the black eye on my resume that haunts me simply because I wanted and asked to be treated with respect.

On Friday, March 23, 2012 I was at home and I received a FedEx packet from ApolloMD which included a Separation Notice and an Independent Physician Resources Final Compensation Action document. The Final Compensation Action Document noted that there would be a Final Pay Deduction amount of 6 hours because I had only worked 2 hours on 03/21/2012. This is incorrect because I worked from 9:15 to 12:25. The document also reflected that I owed the company -34 hours of PTO. I believe that this is incorrect as well. The document also noted that my final check date would be 04/15/2012 for pay period 03/16/2012 to 03/31/2012. I feel that even after leaving the company I am being taken advantage of and mistreated by this organization.

This entire process has been extremely stressful to me. I have been harassed, demoted because I complained and then humiliated because I decided to leave the company. The stress consumed my entire life. I cried all of the time. I had panic attacks and my self esteem was extremely low. I have managed to obtain my Bachelor of Science in Communication and my Master of Science in Communication. I am currently pursuing my Doctorate of Psychology yet this experience left me feeling like I was seen as a sex object or like I was incompetent. I felt degraded and I felt helpless. I could not understand why I was and had been treated this way when all I had done was do my job. I had brought structure to the physician licensing role. I established an intern program in the credentialing department. This was the first time that this department ever used interns. This had not been considered in the past. I sought permission from my director and the COO and upon obtaining it I began contacting and working with schools in the area that offered medical front office programs. I finally met with a representative from MedTech and our department contracted to be an intern site for Medtech students in their Front Office program. Once the program was established in our department I as responsible for coordinating the interns and the assignments that they were working on to ensure that the interns were used effectively, as well as to ensure that the interns gained something from the experience and were presented with opportunities to do more than file. The program was used for about 6-8 months but we had to table it until I had time to locate another school because we were less than pleased with the quality of the interns that we were receiving, but Lisa was adamant that she wanted me to contact another school to restart the program and she did not want anyone else to be responsible for this but me. I have repeatedly proven that I have the company's best interest at heart but I feel that my being vocal about this issue superseded any other contribution that I have brought to ApolloMD. I am out of that organization, but I still feel violated by everything that I went through.

I know that there may be additional information that I failed to include by accident but I have tried to include everything that I could think of when completing this explanation. I will try to provide additional information if I have omitted it.

I did not understand the concerns surrounding the length of time that it took providers to get licensed since I held a monthly meeting with the recruiters, travel team and the my director to explain where the providers were in the process, to determine if priorities had changed and to remove providers that had been put on the list but now needed to be removed. There were instances where I submitted an

7

application for a medical license and I requested the necessary items. During this time a travel recruiter called and was told that the license was processing and was told what was missing. These items had already been requested by me so when she called it appeared that she had taken an action because she reported the information that she was provided by the medical board. She was only able to do this because I had done my job. This was not the result of anything that she had done. So even in those instances, it was not because I failed to do my job. It was because the travel recruiter made a call and was provided an updated on a license that I was actively working on. I even a created a flow chart, at my home on my personal time, using my computer, to be able to identify this process so that I was able to ensure that I was doing everything that I needed to do in a timely manner. Eventually, I shared this document to be able to help to explain the entire process that is involved so that everyone knew how long this process took, hoping that the recruiters would have a more clearer understanding of everything that is involved in the licensing process. I always kept my supervisor informed as to what problems would arise if there was a delay in the process.

In this role I was responsible for getting physician's state medical license, when requested. I would receive a request from the recruiters, the executives, and my supervisor and in some instances, the doctors themselves. This process took an average of 3-4 months to complete. Some applications may take longer. Factors that impacted and/or delayed the physician licensing process included

- The specific state medical boards themselves
    - Some required additional processes (personal appearances before the board members)
    - Some required that applicants submit fingerprints or background checks with application
    - Some required the use of other institutions to verify the provider's credentials
    - Federation Credentials Verification Service (FCVS)
    - Some state medical boards met monthly, quarterly, twice a year, etc.

- The provider's personal history
    - If the provider has a history of substance abuse, alcohol abuse or some other issue, the provider had to provide documentation relevant to this history.
    - If the provider had a history of mental issues the provider had to provide documentation to the board relevant to this mental history or other afflictions the provider had to provide the board with documentation relative to this history
    - If the provider was required to enroll in a substance abuse monitoring program in another state where he was currently licensed at, then arrangements needed to be made to coordinate the monitoring program of the state medical board that the provider was seeking a license in and the monitoring program that the provider was currently being monitored in.

- The provider's training –
    - If the provider was foreign trained the verification of this training may take longer due to
        - Locating the appropriate contact information for information
        - Language Barriers
    - If there was an institution that had closed down, then there was a delay due to the fact that the institution records needed to be located as well as someone who had worked in a

    role that would qualify to complete the verification based on the state medical boards requirements.

- Malpractice history
    - The state medical boards often request all of the malpractice court documents (initial filing, decision, dismissal, etc.) directly from the court
        - This can delay the process if the court house information has to be located
        - If there is a fee to have a copy of the records sent to the medical board then the fee had to be obtained from the court house and then provided to the internal accounting department with a request to issue a check that would be submitted to the court house with instructions to submit the copies directly to the state medical board.
    - Detailed explanations from providers explaining what happened from their point of view
    - Letters from the provider's attorneys
        - There are instances where the attorneys have disbanded the practice and have relocated. The attorney that handled the case has to then be located.

- Employment history
    - Some states require verification of employment history as well as evaluations of the provider's performance by the current chief of staff. This may be a problem
        - If the provider was not privileged at the hospital for a long period of time
            - The provider could have been given privileges to work at a specific hospital but may have never worked at the hospital but he provided the hospital name because he was, in fact privileged to work there.
        - If the provider had been privileged but had not worked at the hospital recently.
            - There may have been a change in chief of staff and the current chief may not be familiar with the provider or their performance and may be reluctant to complete the form or provide a letter evaluating the provider.
            - If the provider worked at a lot of hospitals, there was a delay in the process because sometimes the hospitals were bought out or merged with other hospitals and the records were hard to locate.
            - 2nd and 3RD requests had to be made in some instances as there was not a designated person at that facility that was willing to complete the verification forms or the forms were forwarded to the Human Resources department for verifications when they should have been sent to the Medical staffing office.

There were additional reasons for delays, but in each instance where I encountered a potential delay or encountered a problem, I always made sure that I informed my supervisor of the problem, as well as the steps that I would be taking to try to rectify the problem.

## ANGELA L. DAVENPORT
1144 Cool Springs Drive NW
Kennesaw, GA 30144
Phone: 678-683-7655
Angela_Davenport@msn.com

### Relevant Experience

Partnered with core business departments to create training and development programs increasing productivity, performance, quality and service. Utilized critical thinking and "outside of the box" thought application to navigate through complex problem-solving resulting in action and improvement. Core Competencies include:

- Training and Development of internal and external employees
- Contributing to Program Enhancements generating additional revenue
- Created Quality Assurance Departments to improve productivity
- Implemented training via Webinars, conference calls and onsite
- Set up Team structure focusing on cross training of all jobs duties
- Designed Customer Service Survey to improve customer service
- Created tutorial module allowing staff to complete training at their own pace
  Completed Organizational Assessment improving operations

### Other Experience

TRC STAFFING– Alpharetta, GA
*Large Group Practice*
**Physician Licensing Specialist**
3/2012 to Current
- Completed Physician Licensing process for physician nationwide
- Constant written and verbal communication with parties associated with the licensing process
- Verified providers' licensure, board certification, DEA, educational background and malpractice


APOLLOMD – Atlanta, GA
*Large Group Practice*
**Physician Licensing Specialist**
3/2010 to 3/2012
- Initiated departmental intern program; coordinated intern duties
- Completed Physician Licensing process for physician and osteopathic providers in over 16 states
- Constant written and verbal communication with parties associated with the licensing process
- Verified providers' licensure, board certification, DEA, educational background and malpractice

**Credentialing Specialist (Internal Transfer)**
- Completed financial credentialing enrollment process for large group practice providers.
- Verified providers' licensure, board certification, DEA, educational background and malpractice

HUMANA – Roswell, GA
*Large Health and Dental Benefits Company*
**Information Specialist,** 1/2009 to 03/19/2010
- Completed credentialing process for in network dental provider enrollment
- Verified providers' licensure, board certification, DEA, educational background and malpractice
- Researched providers' status with OIG, NPI, and NPDB standings

BLACKSTONE RESOURCES-Tucker, GA
*Consultant and Staffing Company*
**Consultant,** 10/2007 to 09/2008
- Researched and resolved outstanding revenue accounts; Educated staff on billing and collection processes
- Provider enrollment in multiple states Medicaid programs at Floyd, Tenet and Northside Hospitals.

_____

_____

_____

_____

_____

_____

_____

_____

9.  The alleged illegal activity took place at _5665 N. Northside Dr. Ste 320 Atlanta, Ga_____

_____

10. A. _____ I have filed a charge with the Equal Employment Opportunity Commission regarding defendant(s). (I have attached a copy of my charge(s) filed with the Equal Employment Opportunity Commission, which are incorporated into this complaint.

    B. _____ I have not filed a charge.

11. A. ___✓___ I received a Notice of Right-to-Sue letter from the Equal Employment Opportunity Commission on _4/17/2013_ (date). (I have attached a copy of the Notice of Right-to-Sue which is incorporated into this complaint.)

    B. _____ I have not received a Notice of Right-to-Sue letter from the Equal Employment Opportunity Commission.

12. State what relief you are seeking from the Court. If you are seeking a monetary award (back pay or damages), state the amount you are seeking. If you are seeking injunctive relief (an order by the Court) issued against the defendant(s) summarize what should be in the order.

I am seeking monetary damages from Shea in the amount of $700,000 from the defendant. In damages I am also requesting that the defendant provide sexual harassment education throughout the entire company, as this was not provided to all employees in the past.

7/16/2013
Date

Angela L Davenport
Signature of Plaintiff

Address: 1144 Cool Springs Drive
Kennesaw, Ga
30144
Telephone: 678-683-7655

-5-

EEOC Form 161 (11/09)         **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Angela L. Davenport<br>1144 Cool Springs Drive NW<br>Kennesaw, GA 30144 | From: | Atlanta District Office<br>100 Alabama Street, S.W.<br>Suite 4R30<br>Atlanta, GA 30303 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2012-03131 | Claudia Mortimer-Kanu,<br>Investigator | (404) 562-6877 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____          APR 1 7 2013
Bernice Williams-Kimbrough,                    (Date Mailed)
District Director

Enclosures(s)

cc:  Benthon J. Mathis, Jr.
     Freeman Mathis & Gary
     100 Galleria Parkway Suite 1600
     Atlanta, GA 30339