IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANGELA DAVENPORT,<br><br>   Plaintiff,<br><br>    v.<br><br>APOLLO MD/INDEPENDENT PHYSICIAN GROUP,<br><br>   Defendant. | CIVIL ACTION FILE<br>NO. 1:13-CV-2358-TWT |

**ORDER**

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 21] of the Magistrate Judge recommending denying the Defendant's Motions to Dismiss [Doc. 6 & 12]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's First Motion to Dismiss [Doc. 6] is DENIED as moot. The Defendant's Motion to Dismiss Amended Complaint [Doc. 12] is DENIED without prejudice.

SO ORDERED, this 7 day of May, 2014.

                                        /s/Thomas W. Thrash
                                        THOMAS W. THRASH, JR.
                                        United States District Judge